**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Alworth Construction Entities LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4374388** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2262 W 111th Street <br> Unit A <br> Chicago, IL 60643** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Alworth Construction Entities LLC**
          Name                                                    Case number (*if known*) _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ___2362___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **Alworth Construction Entities LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**11.** **Why is the case filed in *this district?*** — Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds** — Check one:

- ☐ Funds will be available for distribution to unsecured creditors.

- ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15.** **Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☑ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16.** **Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☑ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Alworth Construction Entities LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 29, 2016**
MM / DD / YYYY

**X** **/s/ Nicole R. Owens**                      **Nicole R. Owens**
Signature of authorized representative of debtor        Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ David P. Leibowitz**                  Date    **July 29, 2016**
Signature of attorney for debtor                           MM / DD / YYYY

**David P. Leibowitz**
Printed name

**Lakelaw**
Firm name

**420 W. Clayton St.**
**Waukegan, IL 60085**
Number, Street, City, State & ZIP Code

Contact phone    **8472499100**        Email address    **dleibowitz@lakelaw.com**

**1612271**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Alworth Construction Entities LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 29, 2016**          X **/s/ Nicole R. Owens**
                                            Signature of individual signing on behalf of debtor

                                            **Nicole R. Owens**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Alworth Construction Entities LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.............................................................................................    $         **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...........................................................................................    $     **439,576.60**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.............................................................................................    $     **439,576.60**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     **107,312.93**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $         **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **298,200.00**

4.  **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b    $     **405,512.93**

**Fill in this information to identify the case:**

Debtor name    **Alworth Construction Entities LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **First Merchant Bank** | **Checking** | **7057** | $14,566.60 |

| 4. | **Other cash equivalents** *(Identify all)* | | |
|---|---|---|---|

| 5. | **Total of Part 1.** | | $14,566.60 |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

**Part 2:**          **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **Bond with Chicago Regional Council of Carpenters** | $10,000.00 |
| 7.2. | **Laborers' Pension Fund and Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and Chicago Laborers' District Council Retiree Health and Welfare Fund (may be a bond - value unknown - bond was negotiated by former manager, now deceased)** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Alworth Construction Entities LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

    $10,000.00

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **406,510.00** | - | **0.00** | = .... | **$406,510.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    $406,510.00

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and**

---

| Debtor | **Alworth Construction Entities LLC** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

**communication systems equipment and software
Company had a computer which no longer is
in operation. Business operates now out of
manager's home. Former manager, manager's
mother, is deceased**                                         **$0.00**                         **$0.00**

---

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                          **$0.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites www.alworthconstruction.com domain has expired** | **$0.00** | | **$0.00** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Debtor | **Alworth Construction Entities LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | **Phone number 773 719 9450** | | | |
|---|---|---|---|---|
| | **Was company's cell phone used by deceased manager** | **$0.00** | | **$0.00** |

---

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | **$0.00** |
    |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

---

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

71. | **Notes receivable** | | |
    | Description (include name of obligor) | | |

72. | **Tax refunds and unused net operating losses (NOLs)** | | |
    | Description (for example, federal, state, local) | | |

73. | **Interests in insurance policies or annuities** | | |
    | **Alworth maintains comprehensive general liability insurance with Selective Insurance Company - no claims pending** | | **$0.00** |

74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
    | **No mechanics' liens of record** | | |
    | **One claim for lien against Benaye Foster 13937 S. Hoxie, Burnham, Illinois** | | |
    | **made 2015 for work performed on a residence amount due $8500 more or less** | | |
    | **Debtor had direct contract as well, so it owns a breach of contract claim** | | **$8,500.00** |

    | Nature of claim | mechanics' lien |
    |---|---|
    | Amount requested | **$8,500.00** |

75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |

76. | **Trusts, equitable or future interests in property** | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Alworth Construction Entities LLC**
Name

Case number *(If known)* _____

| | |
|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

78.   **Total of Part 11.**

$8,500.00

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Alworth Construction Entities LLC**                    Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,566.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $406,510.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $8,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $439,576.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $439,576.60 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Alworth Construction Entities LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ill Dept. Employment Security**<br>Creditor's Name<br>**33 S State Street**<br>**10th Floor**<br>**Chicago, IL 60603**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**2013-2015**<br>Last 4 digits of account number<br>**1164**<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Liens filed docs 1529615047, 1517334020, 1511445027, 1419601037, 1410715033, 1310699098, 1310539113**<br><br>Describe the lien<br>**revenue lien - paid recently see SOFA**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,056.00 | $14,056.00 |
| **2.2** **Laborers' Pension Fund et al**<br>Creditor's Name<br>**c/o J. Olszewski Fund Counsel**<br>**111 W Jackson Blvd, Suite 1416**<br>**Chicago, IL 60604**<br>Creditor's mailing address<br><br>**jerrodo@chilpwf.com**<br>Creditor's email address, if known<br><br>Date debt was incurred | Describe debtor's property that is subject to a lien<br>**Judgment 4/15/2016 - citation 5/4/2016 avoidable within 90 days of this case**<br><br>Describe the lien<br>**Citation to discover assets secured but avoidable as preference**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $93,256.93 | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Alworth Construction Entities LLC**                                        Case number (if know) _____
          Name

**Last 4 digits of account number** _____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $107,312.93 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

| Fill in this information to identify the case: |
|---|

Debtor name    **Alworth Construction Entities LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**A T & T Mobility**
**PO Box 5080**
**Carol Stream, IL 60197**

Date(s) debt was incurred ___

Last 4 digits of account number  **9450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone bill**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $279,000.00 |
|---|---|---|---|

**Hitachi America, Ltd**
**Industrial and Infrastructure Sys.**
**50 Prospect Avenue**
**Tarrytown, NY 10591**

Date(s) debt was incurred  **2013**

Last 4 digits of account number  **5225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Heavy Equipment for Joint Venture Project**
**See Schedule G for project**
**See Schedule H for co-debtors**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|

**JAS Insurance**
**2500 W Higgins Road**
**Suite 425**
**Hoffman Estates, IL 60169**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Future payments due on insurance for joint venture**
**contract, see Schedule G and H**
**($2500/quarter during term of joint venture contract)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sachi Construction Co.**
**1510 Midway Court**
**Suite E204**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **joint venture partner. may have claim for damages**
**upon filing of bankruptcy by debtor**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    48975                    Best Case Bankruptcy

| Debtor | **Alworth Construction Entities LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The George Sollit Const. Co**
**790 N. Central**
**Wood Dale, IL 60191**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent

■ Unliquidated

☐ Disputed

Basis for the claim:  **joint venture partner. may have claim for damages**
**upon filing of bankruptcy by debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 298,200.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 298,200.00 |

**Fill in this information to identify the case:**

Debtor name   **Alworth Construction Entities LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Renovation of Pumping Stations in Joint Venture with The George Sollitt Construction Company, Sachi Construction until June, 2018** |
|         State the term remaining | **Metropolitan Water Reclamation Dist** |
|         List the contract number of any government contract | **100 E Erie Street** **Chicago, IL 60611** |

**Fill in this information to identify the case:**

Debtor name    **Alworth Construction Entities LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Sachi Construction Co. | 1510 Midway Court Suite E204 Elk Grove Village, IL 60007 joint venture contract | Metropolitan Water Reclamation Dist | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.2 | The George Sollit Const. Co | 790 N. Central Wood Dale, IL 60191 joint venture contract | Metropolitan Water Reclamation Dist | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.3 | Sachi Construction Co. | 1510 Midway Court Suite E204 Elk Grove Village, IL 60007 Joint Venture Partner | Metropolitan Water Reclamation Dist | ☐ D ____ ☐ E/F ____ ■ G __2.1__ |
| 2.4 | The George Sollitt Construction Co | 790 N. Central Wood Dale, IL 60191 Joint Venture Partner | Metropolitan Water Reclamation Dist | ☐ D ____ ☐ E/F ____ ■ G __2.1__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      **Alworth Construction Entities LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)      _____

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2016** to **Filing Date** | ☐ Operating a business  ■ Other  **Construction management contracts** | **$531,530.00** |
   | **For prior year:** From  **1/01/2015** to **12/31/2015** | ☐ Operating a business  ■ Other  **Construction management contracts** | **$3,441,955.00** |
   | **For year before that:** From  **1/01/2014** to **12/31/2014** | ☐ Operating a business  ■ Other  **Construction management contracts** | **$1,359,153.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor   **Alworth Construction Entities LLC**     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Laborers' Pension Fund** **111 W. Jackson Blvd** **Chicago, IL 60604** | **June 6, 2016** | **$13,184.05** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Citation to discover assets within 90 days of filing** |
| 3.2. **IDES** **33 S. State Street** **10th Floor** **Chicago, IL 60603-2802** | **July 5, 2016** | **$14,056.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Payment of priority tax claim (lien of record)** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Nicole Owens** **1510 Brecon Drive** **Jackson, MS 39211** **Manager** | **Monthly - roughly $3500/month gross roughly $2400 net - avmounts varied** | **$40,000.00** | **draws for salary, work performed, tax withheld** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Laborers Union** **111 W Jackson Blvd** **Chicago, IL 60604** | **Cash garnished from Chase Bank Account (now closed) within 90 day preference period** | **June 6, 2016** | **$13,184.10** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Debtor | Alworth Construction Entities LLC | | Case number *(if known)* | |
|---|---|---|---|---|

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Trustees of the Cement Masons Pension Fund, Local 502 et al v. Alworth Construction Entities**<br>**1:14-cv-07931** | **Labor/ERISA claim** | **United States District Court, ND IL**<br>**219 S. Dearborn Street**<br>**Chicago, IL 60604** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Trustees of the Chicago Regional Council of Carpenters Pension Fund et al v. Alworth Construction Entities LLC et al**<br>**1:14-cv-06875** | **Labor/ERISA Dismissed with prejudice** | **United States District Court ND IL**<br>**219 S Dearborn Street**<br>**Chicago, IL 60604** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Laborers' Pension Fund et al v. Alworth Construction Entities LLC**<br>**1:14-cv-03332** | **Labor/ERISA** | **United States District Court ND IL**<br>**219 S. Dearborn Street**<br>**Chicago, IL 60604** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Alworth Construction Entities LLC**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lakelaw**<br>**53 W Jackson Blvd**<br>**Suite 1610**<br>**Chicago, IL 60604** | **Attorney Fees and costs** | **June 23, 2015** | **$3,335.00** |
| | Email or website address<br>**dleibowitz@lakelaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2243 W 111th Street**<br>**Chicago, IL 60643** | **Jan 2014 to April 2015** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Alworth Construction Entities LLC**                                    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **JP Morgan Chase**<br>**3302 Vollmer Road**<br>**Olympia Fields, IL 60461** | **XXXX-3870** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Account has zero balance after citation by Laborers' Union and thus account is in process of being closed** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| **Public Storage**<br>**4849 115th Street**<br>**Alsip, IL 60803** | **Was maintained by deceased Manager - mostly old papers and files found in Unit. Certain property was owned by an electrician and returned to him (generator and power washer)** | **Unit closed in June 2015** | ☑ No<br>☐ Yes |

| Debtor | **Alworth Construction Entities LLC** | Case number *(if known)* | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **Joint Venture (Sollitt-Sachi-Alworth)** | **Work for Metropolitan Water Reclamation District Pumping Station Project** | **EIN:**     not readily available<br><br>**From-To**   12/2015 to date |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor   **Alworth Construction Entities LLC**                                          Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **The NAJ Group**<br>**2232 Carroll Pkwy**<br>**att: Lynette Elmes**<br>**Flossmoor, IL 60422** | **Since 2007** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **see 26(a)** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Nicole Owens**<br>**1510 Brecon Drive**<br>**Jackson, MS 39211** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nicole Owens** | **1510 Brecon Drive**<br>**Jackson, MS 39211** | **Manager-Member** | **99%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **Alworth Construction Entities LLC**                                    Case number *(if known)* _____

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Nicole Owens**<br>**1510 Brecon Drive**<br>**Jackson, MS 39211** | **Approximately $40,000 salary - see SOFA** | **year prior to bankruptcy** | work performed - salary varied with amounts available for present distribution. |
| Relationship to debtor<br>**Member-Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Trustees of the Cement Masons Pension Fund, Local 502** | EIN:    **not known** |
| **Trustees of Laborers' Pension Fund** | EIN:    **not known** |
| **Chicago Regional Council of Carpenters Benefit Funds** | EIN:    **not known** |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July 29, 2016__

**/s/ Nicole R. Owens**                                    **Nicole R. Owens**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Alworth Construction Entities LLC**

Case No. _____

Debtor(s)

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | **3,000.00** |
    | Prior to the filing of this statement I have received | $ | **3,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July 29, 2016**

*Date*

**/s/ David P. Leibowitz**
**David P. Leibowitz 1612271**
*Signature of Attorney*
**Lakelaw**
**420 W. Clayton St.**
**Waukegan, IL 60085**
**8472499100  Fax: 8472499180**
**dleibowitz@lakelaw.com**
*Name of law firm*

---

**Lakelaw**
*Your financial lifesaver™*

53 West Jackson Blvd.
Chicago, IL 60604

T: +1 312.360.1501
F: +1 312.360.1502
www.lakelaw.com

## ATTORNEY – CLIENT LEGAL SERVICE AGREEMENT AND HANDBOOK
### BETWEEN
LAKELAW ("A DEBT RELIEF AGENCY") AND

### Alworth Construction Entities LLC (CLIENT)

July 22, 2016

2262 W. 111th Street
Unit A
Chicago, IL 60643

Attention:    Nicole Owens, Manager

Dear Ms. Owens

Welcome to Lakelaw. We thank you for choosing us to represent you in your Chapter 7 case. We look forward to working with you and serving your legal needs in this matter.

We would like to offer you the following engagement agreement for your Chapter 7 bankruptcy case based on our initial brief and preliminary analysis of your situation..

**Introduction**

Our purpose in representing you in a case under Chapter 7 of the Bankruptcy Code is to assist you in winding up the affairs of your limited liability company. As we have explained to you, limited liability companies are not entitled to discharges in chapter 7. There are alternatives to wind up the affairs of a limited liability company. After having discussed the alternatives to you, your management have decided that bankruptcy liquidation under chapter 7 is the best course. We have also approached the Laborer's Fund to determine if there is a possible non-bankruptcy solution. We have proceeded with the preparation of bankruptcy papers in the event that it becomes necessary.

We can provide careful guidance to you. However, please do your part and carefully follow our instructions

Under the Bankruptcy Code, clients and lawyers must prepare detailed schedules and statements to be filed in the Bankruptcy Court. These papers will be reviewed very closely by the United States Trustee, which is a division of the United States Department of Justice, responsible for oversight of all bankruptcy cases. Your papers also will be reviewed by a private Chapter 7 trustee and perhaps the court. So accuracy and honesty in all respects is vital.

Because bankruptcy is a complex process – some say unnecessarily complex – our Agreement with you is not just a statement of our duties to you and your duties to us and the court. It is also a guide to the process and a handbook for you to refer to in making sure that you do what you are supposed to in dealing with the bankruptcy system, the trustee and the bankruptcy court.

We want to inform you that the Bankruptcy Code imposes rather specific obligations on you the Debtor. Just as you get physical therapy to get a good result after orthopaedic surgery, you need to work with us and the courts to fulfill your responsibilities in order to obtain your discharge in Bankruptcy.

## Your Obligations Under the Bankruptcy Code

The Bankruptcy Code imposes some very detailed and specific obligations on you as a debtor. It is vital that you do all of these things for you to be able to get your discharge. We will do everything we can do to do our part and we'll depend on you to do everything required on your part.

- ❑ You must provide accurate and complete information to us for your bankruptcy petition, schedule and statement of financial affairs

- ❑ You must disclose all lawsuits you are involved in whether you are a plaintiff or defendant. You must disclose such suits even if they haven't started in court yet.

- ❑ You must disclose all transfers of property to affiliates within the past 4 years.

- ❑ You must disclose all transfers of anything for less than it was worth within the past 4 years.

- ❑ You must disclose all payments to creditors within the 90 days before you file your bankruptcy case.

- ❑ You must disclose all payments to affiliates on account of debts within the year before you file your bankruptcy case.

- ❑ You must cooperate fully with the bankruptcy trustee appointed to oversee your case.

- ❑ Your case might be selected for audit. If it is, you must cooperate with the auditor.

- ❑ Your designated representative must appear at the "meeting of creditors" with the trustee appointed to oversee your case. This will happen within 30-40 days of filing of your case.

## Step One

## Preparation of your Bankruptcy Petition and Statement of Financial Affairs -Paying your Fee

We can't file your bankruptcy petition until you have paid us in full under our Agreement with you. The last thing you or we want is for you to get bankruptcy relief but still owe us money. Not only that, but owing us money could put us in a conflict of interest with you. We want to avoid that and think you do too.

So please pay all the fees due Lakelaw. You are also asked to provide us with the balance of the information we need to prepare your bankruptcy petition. We will give you a questionnaire to facilitate that process if you would prefer.

2

Most of our clients have already provided basic information necessary through our on-line questionnaire. Please check frequently with me to make sure that we have information about all of your assets, all of your debts and all of your financial activities for the past several years. Don't leave out anything. You will have opportunities to talk with me to discuss all aspects of your case.

During this phase, you will have both legal questions and technical questions. Most of your questions can be answered by our experienced and capable Bankruptcy Coordinators as well as the information on our website. Please email legal questions you may have to any of our lawyers with whom you have worked. If a brief phone call is needed, your lawyer will contact you.

In general, after your initial consultation with me, you won't need to meet personally with your attorney until your petition is ready to be filed. At that time, you and I will again review your entire situation to be sure that everything is in order.

## FEES AND CHARGES FOR SERVICES AND

## TERMS OF PAYMENT AND PERFORMANCE OF "STANDARD SERVICES"

The fee for services to be rendered is $3000 plus costs of $335 representing the Court's filing fee for a total of $3,335.00

You, the client, agree to pay all fees in full prior to meeting with your attorney for final review and filing of the Chapter 7 case. In the meantime, you may contact our bankruptcy coordinator to discuss all mechanical details of your case and communicate with your attorney to discuss legal issues as needed, preferably by email.

**STANDARD SERVICES:**

Our fee includes compensation for the following **"standard services"**

- Analysis of your financial condition;

- Advising you about the advisability of seeking relief in bankruptcy under either Chapter 7 as well as non-bankruptcy alternatives

- Assisting you to assemble all documents necessary for or in connection with the filing of a petition under the Bankruptcy Code;

- Assisting you in meeting all requirements before making a petition for relief under the Bankruptcy Code;

- Preparing you for examination at meeting of creditors pursuant to Section 341 of the Bankruptcy Code;

- Assisting you in the enforcement of the automatic stay, if required – the automatic stay stops creditors from collecting debts against you;

- Arranging for electronic filing of the Client's bankruptcy petition and supporting papers;

- Communicating with your bankruptcy trustee;

- Communicating with your creditors, as necessary;

**Fees Chargeable After Filing of Case:**

After filing of your Chapter 7 Case, Client agrees to pay Lakelaw for services you need because you didn't give us the necessary information before we filed your case:

| | |
|---|---|
| Amendments to Schedules: | $250.00 up to 6 creditors<br>$ 50.00 for each additional<br>6 creditors |
| Service of amended schedules on<br>creditors added: | $26.00 |
| Attorney time for attending 2004 exams: | Attorney's hourly rate |
| Fee for failing to attend scheduled meeting<br>of creditors (unless medical or other emergency) | $250.00 |

## ADDITIONAL SERVICES NOT INCLUDED OR COVERED BY THIS AGREEMENT

Lakelaw may require an additional retainer for services beyond "Standard Services" ("Additional Services") and won't have any obligation to provide services beyond Standard Services without first having received an additional retainer.

Examples of "Additional Services" include, but are not limited to:

- Defending matters arising from your failure to disclose any material fact, your failure to provide any required document, or any false statement you may make in your bankruptcy petition, schedules, Statement of Financial Affairs or any documents provided or to be provided in support thereof.

You agree to pay attorney's fees for all Additional Services at the prevailing hourly rates of the attorneys at Lakelaw. At the present time these hourly rates are as follows:

| | |
|---|---|
| David P. Leibowitz | $650/hour |
| Justin Storer | $375/hour |

## Step 2 – The "341 Meeting"

Once we file your case, your main responsibilities are to take care of any reaffirmation agreements, to take your financial management course and to attend the "341 meeting." You must attend this meeting. If you fail to attend, your case could be dismissed and no portion of your fees or costs will be refunded.

You must bring to the "341 meeting" the following:

4

❑   Driver's license, state ID card or passport showing your identity and photograph

Please arrive at the appointed location at least 15 minutes prior to the time of your meeting so that you may be briefed by your attorney about this meeting. Also, be sure to read the "bankruptcy information sheet" which will be available at the meeting for your convenience. The trustee may ask you whether you have done so.

If you fail to attend the "341 meeting", we will charge you an additional $250 unless you document an emergency or medical reason for not having attended.

In most instances, you will have nothing further to do after the "341 meeting". Sometimes, the trustee or the United States Trustee may ask for further information about your case. Each case is different. Your lawyer will consult with you if anything further is required.

You agree that this is an "advance payment retainer" and that this retainer will immediately be placed in our general account. You understand that Lakelaw is unwilling to represent you without receiving an advance payment retainer.

At your option, you may require us to treat this as a security retainer. The choice of retainer is yours and yours alone. The reason we propose to treat this as an advance payment retainer is that this is the first time and perhaps the only time you will be our client, we have not made any inquiries into your credit-worthiness and you desire our immediate attention to this matter, we will immediately or soon thereafter be utilizing substantially all of the funds provided in this advance retainer in any event. We agree that it is to your advantage that we give our immediate and dedicated attention to this matter.

Accordingly, by executing this engagement agreement, you agree that the retainer you now provide to us is an advance payment retainer.

You understand that Lakelaw is unwilling to represent you without receiving an advance payment retainer. You agree that this is an "advance payment retainer" and that this retainer will immediately be placed in our general account.

By: David P. Leibowitz

_____

Lakelaw / Attorney

Alworth Construction Entities LLC

By:_____

        Nicole Owens, Manager

_____

Date signed by Client

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Alworth Construction Entities LLC**                                    Case No. _____
                                                    Debtor(s)        Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **9**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 29, 2016** _____        **/s/ Nicole R. Owens** _____
                                                    **Nicole R. Owens/Manager**
                                                    Signer/Title

A T & T Mobility
PO Box 5080
Carol Stream, IL 60197


Hitachi America, Ltd
Industrial and Infrastructure Sys.
50 Prospect Avenue
Tarrytown, NY 10591


Ill Dept. Employment Security
33 S State Street
10th Floor
Chicago, IL 60603


JAS Insurance
2500 W Higgins Road
Suite 425
Hoffman Estates, IL 60169


Laborers' Pension Fund et al
c/o J. Olszewski Fund Counsel
111 W Jackson Blvd, Suite 1416
Chicago, IL 60604


Metropolitan Water Reclamation Dist
100 E Erie Street
Chicago, IL 60611


Sachi Construction Co.
1510 Midway Court
Suite E204
Elk Grove Village, IL 60007


The George Sollit Const. Co
790 N. Central
Wood Dale, IL 60191


The George Sollitt Construction Co
790 N. Central
Wood Dale, IL 60191

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Alworth Construction Entities LLC**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Alworth Construction Entities LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Natalie Robinson
2262 W 111th Street
Unit A
Chicago, IL 60643**

**Nicole Owens
1510 Brecon Drive
Jackson, MS 39211**

☐ None [*Check if applicable*]

**July 29, 2016**

Date

**/s/ David P. Leibowitz**

**David P. Leibowitz 1612271**

Signature of Attorney or Litigant

Counsel for   **Alworth Construction Entities LLC**

**Lakelaw**

**420 W. Clayton St.
Waukegan, IL 60085
8472499100 Fax:8472499180
dleibowitz@lakelaw.com**